# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

DERRICK L. WALL

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj45/MD

**waived**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR § 2.3(d)(4) | Engaging in commercial fishing where prohibited | 11/2/07 | One |
| 36 CFR § 1.5(f) | Closure violation: fishing from a vessel within 200 feet of a pier. | 11/2/07 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than March 19, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 20.00 | $ 300.00 | $ 0.00 |

Date of Imposition of Sentence - 1/16/08

*Miles Davis* (signature)
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-17-08

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JAN 17 PM 2:45

FILED